**Gia HEGRE, Plaintiff–Appellant,**

v.

**ALBERTO–CULVER USA, INC., d.b.a. Beauty Systems Group, Inc., d.b.a. Macon Beauty Systems, d.b.a. Sally Beauty Company, Defendant–Appellee,**

**Steve Norris, Defendant.**

**No. 07–12462.**

United States Court of Appeals, Eleventh Circuit.

April 29, 2008.

John Paul Batson, Augusta, GA, for Plaintiff–Appellant.

Kathleen Elizabeth Mones, John T. Murray, Cheryl Barnes Legare, Seyfarth Shaw LLP, Atlanta, GA, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, BLACK and FARRIS *, Circuit Judges.

PER CURIAM:

Gia Hegre appeals the district court's grant of summary judgment in favor of her employer, Beauty Systems Group (BSG), on her interference and retaliation claims brought under the Family and Medical Leave Act (FMLA).  We have carefully reviewed the record and the district court's opinion, and after considering oral arguments, we affirm the judgment.

The district court did not err in concluding Hegre was an ineligible employee under the FMLA and in granting summary judgment on that ground.  Hegre's equitable estoppel argument, raised for the first time on appeal, does not change this conclusion.

AFFIRMED.